IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERARDO GARCIA, *pro se*

    Plaintiff,

v.                                                                  Civ. No. 24-00418 KG/DLM

JEFF PATTERSON,
CAPTAIN JESSIE RODRIGUEZ
and, CITY OF CARLSBAD, NM,

    Defendants.

## FINAL JUDGMENT

Pursuant to the concurrently entered Memorandum Opinion and Order, (Doc. 13), dismissing Plaintiff's complaint without prejudice,

IT IS ORDERED that Plaintiff's claims are dismissed without prejudice and this lawsuit is terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE